**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1190**

---

DAMALI D. GORDON,

                    Plaintiff - Appellant,

          v.

EMILY BREEDING; DOROTHY BREEDING; JIM BREEDING,

                    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:20-cv-01399-LMB-IDD)

---

Submitted:  July 21, 2022                              Decided:  July 25, 2022

---

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Damali D. Gordon, Appellant Pro Se.  Marni E. Byrum, MCQUADE & BYRUM, PLLC, Alexandria, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Damali D. Gordon appeals the district court's order dismissing her civil complaint with prejudice for failure to prosecute, and a subsequent order denying her motion to continue. We have reviewed the record and find no abuse of discretion in the district court's conclusion that Gordon failed to prosecute her case. *See Attkisson v. Holder*, 925 F.3d 606, 625 (4th Cir. 2019) (stating standard of review and providing standard for dismissal pursuant to Fed. R. Civ. P. 41(b)); *Ballard v. Carlson*, 882 F.2d 93, 95-96 (4th Cir. 1989) (observing that plaintiff's failure to heed explicit warning of the consequences of failing to respond is an important consideration in determining whether district court abused its discretion). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*